## NATIONWIDE LIFE INSURANCE COMPANY, Appellant

v.

## COMMONWEALTH LAND TITLE INSURANCE COMPANY.

No. 06–2890.

United States Court of Appeals, Third Circuit.

Argued Jan. 28, 2009.

Opinion filed Aug. 31, 2009.

Justin K. Miller, C. Paul Scheuritzel, Larsson & Scheuritzel, Philadelphia, PA, for Appellant.

Craig R. Blackman, Neal Troum, Stradley, Ronon, Stevens & Young, Philadelphia, PA, for Commonwealth Land Title Insurance Company.

Before SCIRICA, Chief Judge, AMBRO, and SMITH, Circuit Judges.

### ORDER AMENDING PRECEDENTIAL OPINION

AMBRO, Circuit Judge.

IT IS NOW ORDERED that the published Opinion in the above case filed August 31, 2009, be amended as follows:

On page 31, footnote 14, the citation in the last sentence of the footnote should be replaced with: *"See* William C. Hart, *Actions to Quiet Title, in The Law of Titles in Pennsylvania,* ch. 57, at 17 (Charlotte R. Wagner Hart & William C. Hart eds., 4th ed.2005), *available at* http://www.titlelawannotated.com/021703.pdf."